UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NATHURAM BABALYA MANE, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:25-CV-04735 |
| JOSEPH EDLOW, | § § | |
| Defendant. | § § | |

## ORDER

Before the Court is United States Magistrate Judge Peter Bray's Memorandum and Recommendation filed on February 10, 2026. Doc. #11. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety.

Accordingly, this case is DISMISSED WITHOUT PREJUDICE for failure to serve.

The Clerk of Court is DIRECTED to close this case.

It is so ORDERED.

**FEB 2 6 2026**
Date

The Honorable Alfred H. Bennett
United States District Judge